In the Matter of PURCHASE COUNTRY CLUB, INC., Petitioner, v. STATE LIQUOR AUTHORITY et al., Respondents.—

Rabin, Acting P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.

In the Matter of RONALD H., a Person Alleged to be a Juvenile Delinquent, Appellant.—

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.